IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN D. STEWART,

          Plaintiff,

v.

EDWARD F. WALL, JAMES GREER, KEISHA
PERRENOUD, TIM HAINES, MICHAEL
DITTMAN, DR. BURTON COX, JR.,
MARY MILLER, JOLINDA WATERMAN,
SGT. BRINKMAN, C.O. DUHA, DR. DALIA
SULIENE, DR. GLEN HEINZL, DR. KARL
HOFFMAN, KAREN ANDERSON,
H.S.U. MANAGER C. WARNER, NATALIE
NEWMAN, TRISHA ANDERSON, KIM
CAMPBELL, MELISSA THORNE, DAVID
SPANNAGEL, SGT. NELSON, CAPTAIN
CASSIANA, SGT. STEPHENSON,
SGT. MORRIS, SGT. JAKUSZ, C.O. PEETZ,
C.O. JAMES, C.O. GOLDSMITH, FOOD
SERVICE LEADER KANNENBERG,
ASST. FOOD SERVICE R. BUTT,
UNIT MANAGER ZIEGLER, SHERYL
KINYON, DR. BRAD MARTIN, ROSE
DRAFAHL, ANN-PETERS-ANDERSON,
PHILLIP KERCH and RICHARD MATTI,

          Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-665-jdp

      This action came for consideration before the court with District Judge James D. Peterson  presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

      (1) denying plaintiff Steven D. Stewart leave to proceed and dismissing his claims

against Captain Cassiana, Michael Dittman, C.O. Duha, C.O. Goldsmith, James Greer, Tim Haines, Sgt. Jakusz, C.O. James, Food Service Leader Kannenberg, Sgt. Morris, Sgt. Nelson, C.O. Peetz, Keisha Perrenoud, Sgt. Stephenson, Edward F. Wall, H.S.U. Manager C. Warner, Unit Manager Ziegler, Sgt. Brinkman and Asst. Food Service R. Butt; and

    (2) granting summary judgment in favor of Dr. Glen Heinzl, Dr. Burton Cox, Jr., Jolinda Waterman, Dr. Dalia Suliene, Dr. Karl Hoffman, Richard Matti, Karen Anderson, Trisha Anderson, Kim Campbell, Phillip Kerch, Sheryl Kinyon, Dr. Brad Martin, Mary Miller, Natalie Newman, David Spannagel, Melissa Thorne, Ann Peters-Anderson and Rose Drafahl and dismissing this case.

| /s/ | 6/24/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |