IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN W. STEWART PLAINTIFF
V.
EDWARD F. WALL, JAMES GREER, KELSHA PERRENOUD, TIM HAINES, MICHAEL DITTMAN, DR. BURTON COX JR, MARY MILLER, JOLINDA WATERMAN, SGT. BRINKMAN, C.O. DUHA, DR. DALIA SUILENE, DR. GLEN HEINZL, DR. KARL HOFFMAN, KAREN ANDERSON, H.S.U. MANAGER C. WARNER, NATALIE NEWMAN, TRISHA ANDERSON, KIM CAMPBEL, MELISSA THORNE, DAVID SPANNAGEL, SGT. NELSON, CAPTAIN CASSIANA, SGT. STEPHENSON, SGT. MORRIS, SGT. JARUSZ, C.O. PEETZ, C.O. JAMES, C.O. GOLDSMITH, FOOD SERVICE LEADER KANNENBERG, ASST. FOOD SERVICE R. BUTT, UNIT MANAGER ZIEGLER, SHERYL SHINYON, DR. BRAD MARTIN, ROSE ORAFAHL, ANN-PETERS-ANDERSON, PHIL KERCH AND RICHARD MATT      DEFENDANTS

JUDGMENT IN A CIVIL CASE
14 - CV - 665 - JDP

REC'D & FILED
2016 JUN 30 AM 10: 25
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## Notice Of Appeal

NOW COMES THE PLAINTIFF APPEALING THE DECISION TO GRANT SUMMARY JUDGMENT FOR THE DEFENDANTS TO THE SEVENTH CIRCUIT, THE UNITED STATES COURT OF APPEALS

THE PLAINTIFF WAS ALLOWED AND GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS, THE SEEK A CERTIFIED TRANSMITTED RECORDS, AND THE ENTIRE DOCKET OF CASE NO. CASE NO. 14-CV-665.JDP. FOR THE PURPOSE OF OF THE COURT OF APPEAL.

/s/ Steven W. Stewart #143899
STEVEN W. STEWART
P.O. BOX 900. C.C.I.
PORTAGE, WISCONSIN 53901

ENTERED JUNE 27TH, 2016.

In The United States District Court
For The Western District Of Wisconsin

Steven (ull). Stewart
  Plaintiff

V.                                     Case No. 14-CV-665.

Burton Cox Jr. et.al
  Defendants

## Certificate Of Service

I hereby certify that I by United States Postal Service have mailed a copy of this "Notice of Appeal", to the court in Madison, Wisconsin. June 27th, 2016.

/s/ Steven (ull) Stewart
Steven D. Stewart
P.O. Box 900. C.C.I.
Portage, Wis 53901

Entered this 27th day of June, 2016.

DOC NO
REC'D/FILED
2016 JUN 30 AM 10:25
PETER OPPENEER
CLERK US DIST COURT
WD OF WI