In The United States District Court
For The Western ~~and~~ District of Wisconsin

Steven D. Stewart, Plaintiff

v.

Edward F. Wall, et al.

Case No. 14-CV-665.

## Notice Of Appeal

Now comes the Plaintiff appealing the decision to grant summary judgment for the defendants to the Seventh Circuit, The United States Court of Appeals

The Plaintiff was allowed and granted leave to proceed in forma pauperis, Plaintiff seek a copy of a certified transmitted records and the entire docket of this case No. 14-CV-665.JDP, for the purpose of the Court of Appeal

Ann Peters-Anderson, Stotler & Stewart
20935 Swenson Drive, Suite 410
Waukesha, WI 53186

Rose Drafahl, Ratzel Pvtlik & Pezze LLC
3330 N. Springdale Rd
Brookfield, WI 53045

Glen Heinzl, Attorney John Nelson
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202-4427

All Defendants represented by Robert Bresette Asst. Attorney General
Dept of Justice, P.O. Box 7857 • Madison, WI 53707-7857

2016 JUL 11 AM 11:03
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO
REC'D/FILED

/s/ Steven D. Stewart #743599
Steven D. Stewart
P.O. Box 900, C.C.I.
Portage, Wisconsin 53901

Entered this June 28th, 2016.